Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EZHENI CHAVUSHYAN,**  )<br>Plaintiff,                          )<br>                                     )<br>       vs.                          )<br>                                     )<br>**LEGAL RECOVERY LAW OFFICES,** )<br>**INC.,**                           )<br>Defendant.                      )<br>_____ ) | Case No. 2:10-CV-04242-SJO-RZ<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br><br><br>_____ |

   NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

   Respectfully submitted this 6th day of October, 2010.

                              By:  s/Todd M. Friedman
                                 TODD M. FRIEDMAN (216752)
                                 Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 6th day of October, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable S. James Otero
United States District Court
Central District of California

David A Cotter
David Cotter Law Offices
PO Box 34066
San Diego, CA 92103

This 6th day of October, 2010.

s/Todd M. Friedman
Todd M. Friedman