# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **EZHENI CHAVUSHYAN,** | ) | Case No. 2:10-CV-04242-SJO-RZ |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | JS-6 |
| | ) | |
| **LEGAL RECOVERY LAW OFFICES, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that pursuant to Plaintiff's Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), the entire case is dismissed with prejudice.

Dated this _25th___ day of February, 2011.

*S. James Otero*

_____
The Honorable S. James Otero